UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KING SOLOMON SEKHEMRE EL NETER,<br><br>Petitioner,<br><br>v.<br><br>CINDY BLACKMORE, et al.,<br><br>Respondents. | Case No. 2:23-cv-01027-GMN-VCF<br><br>**ORDER** |

On July 3, 2023, and July 5, 2023, Petitioner King Solomon Sekhemre El Neter submitted a habeas petition and amended habeas petition, respectively, regarding the return of his 6-month-old child who was is currently in the care of the Clark County Department of Family Services in Las Vegas, Nevada. (ECF Nos. 1, 3 ("the Petitions").) The Petitions fail to state a claim upon which relief may be granted under federal habeas law. Indeed, it appears that this matter concerns only matters of state law. As such, given that this Court lacks subject matter jurisdiction over this action, it is dismissed. *See* 28 U.S.C. § 2241 (conferring jurisdiction on this court to issue a writ of habeas corpus when a federal or state prisoner establishes that he "is in custody in violation of the Constitution or laws or treaties of the United States"); *see also* 28 U.S.C. § 2254 (conferring jurisdiction on this court to issue a writ of habeas corpus when a person is "in custody pursuant to the judgment of a State court . . . on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States").

//

It is therefore ordered that the petition for writ of habeas corpus for emergency return of child and supplemental petition for writ of habeas corpus for emergency return of child **[ECF Nos. 1, 3] are dismissed with prejudice** for lack of subject matter jurisdiction. A certificate of appealability is denied, as reasonable jurists would not find the dismissal of this action with prejudice to be debatable or wrong.

It is further ordered that the clerk enter final judgment accordingly and close this case.

Dated: July 19, 2023

_____
Gloria M. Navarro, Judge
United States District Court